An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN RICHARD WEHR,
Petitioner,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 67357

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT RELIEF*

After exhausting the prison grievance process, petitioner filed this original pro se petition in which he seeks a writ directing respondent to transfer him to a minimum security facility. Having considered the petition, we are not persuaded that petitioner has met his burden of demonstrating that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Despite petitioner's arguments to the contrary, NRS 209.481 does not provide a prisoner with the right to be assigned to a minimum security facility; it only specifies which prisoners may not be assigned to such a facility. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    John Richard Wehr
       Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22229